DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

**1 MAY 2003**

| | | | |
|---|---|---|---|
| No. 069P03<br><br>Case below:<br><br>155 N.C. App. 587 | McDuffie v. Mitchell | Plt's PDR Under N.C.G.S. § 7A-31 (COA01-1492) | Denied |
| No. 162P03<br><br>Case below:<br><br>156 N.C. App. 218 | N.C. Dep't of Env't & Natural Res. v. Swain | Respondent's PDR Under N.C.G.S. § 7A-31 (C0A02-754) | Denied |
| No. 082P03<br><br>Case below:<br><br>155 N.C. App. 320 | N.C. Monroe Constr. Co. v. State | 1. Defs' PDR Under N.C.G.S. § 7A-31 (COA01-1478)<br><br>2. Plt's and Third Party Plt's (N.C. Monroe Construction Company) Conditional PDR as to Additional Issues | 1. Denied<br><br>2. Dismissed as Moot |
| No. 395P02<br><br>Case below:<br><br>151 N.C. App. 228 | Neier v. State | 1. Plt's (Bryce Neier) and Def's (Michael C. Boose) NOA Based Upon a Constitutional Question (COA01-652)<br><br>2. Plt's (Bryce Neier) and Def's (Michael C. Boose) PDR Under N.C.G.S. § 7A-31<br><br>3. Defs' (State of North Carolina, N.C. State Board of Elections, and AOC) Motion to Dismiss Appeal | 1. —<br><br>2. Denied<br><br>3. Allowed |
| No. 182P02<br><br>Case below:<br><br>156 N.C. App. 427 | Nudelman v. J.A. Booe Bldg. Contr'r, Inc. | Plts' PDR Under N.C.G.S. § 7A-31 (COA02-267) | Denied |
| No. 091P03<br><br>Case below:<br><br>155 N.C. App. 415 | Paquette v. County of Durham | Defs' PDR Under N.C.G.S. § 7A-31 (COA02-59) | Denied |
| No. 112P03<br><br>Case below:<br><br>154 N.C. App. 589 | Piedmont Triad Reg'l Water Auth. v. Unger | Plt's PDR Under N.C.G.S. § 7A-31 (COA02-201) | Denied |
| No. 008A03<br><br>Case below:<br><br>154 N.C. App. 292 | Porter v. American Credit Counselors Corp. | Joint Motion of Plaintiffs and Defendants to Dismiss Pending Appeal (COA01-1358) | Allowed<br>**04/10/03** |